# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

URIEL SHAREF, et al.,

          Defendants.

Case No. 11-Civ-9073 (SAS)

ORDER GRANTING EXTENSION OF TIME

SHIRA A. SCHEINDLIN, U.S.D.J.

The Court, having considered the unopposed request of the Plaintiff Securities and Exchange Commission ("SEC") for an extension of time to respond to the motion to dismiss (Docket No. 23) filed by defendant Herbert Steffen, hereby

ORDERS that the request is GRANTED. The SEC shall file its opposition to defendant Steffen's motion to dismiss by November 12, 2012. Defendant Steffen's reply shall be due December 6, 2012.

Dated 10/24/12

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.