

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F. Street N.E. SPIII
Washington, D.C. 20549-5949

DIVISION OF
ENFORCEMENT

Robert I. Dodge
Assistant Chief Litigation Counsel

Telephone: (202) 551-4421
Email: DodgeR@sec.gov

November 9, 2012

Via Facsimile
Honorable Shira Scheindlin
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> The 30-day stay of Mr. Sharef's deadlines is extended an additional 30 days until December 10, 2012. This does not apply to any other defendants. SO ORDERED.
>
> [signature]
> 11/9/12 Shira A. Scheindlin, U.S.D.J.

Re: **SEC v. Sharef, et al., No. 11-CV-9073 (SAS)**
    **Status Report**

Dear Judge Scheindlin:

On behalf of the U.S. Securities and Exchange Commission ("SEC") and defendant Uriel Sharef, I write to advise the Court that Mr. Sharef and the SEC are continuing to finalize the proposed settlement of the SEC's claims. Mr. Sharef and the SEC therefore jointly request that the 30-day stay of Mr. Sharef's deadlines in this litigation be extended for another 30 days.

Very truly yours,

[signature]

Robert I. Dodge

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/12/12

cc: Richard Grime (via email)
    rgrime@omm.com
    (counsel for Uriel Sharef)

    Erich Schwartz (via email)
    erich.schwartz@skadden.com
    (counsel for Herbert Steffen)