UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br>              v.<br><br>URIEL SHAREF, et al.,<br><br>                              Defendants. | Case No. 11-Civ-9073 (SAS) |

### NOTICE OF DISMISSAL AS TO DEFENDANT CARLOS SERGI

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiff Securities and Exchange Commission ("SEC") notifies the Court and all parties that the SEC hereby dismisses all claims in this action against defendant Carlos Sergi. Defendant Sergi has been served with a summons and complaint in this action but has not yet filed either an answer or a motion for summary judgment.

Respectfully submitted,

     /s/  Robert I. Dodge
Robert I. Dodge
Paul Kisslinger
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
202-551-4421 (Dodge)
DodgeR@sec.gov

Counsel for Plaintiff Securities and Exchange Commission

October 25, 2013

CERTIFICATE OF SERVICE

I, Robert I. Dodge, hereby certify that on this 25th day of October, 2013, copies of the foregoing document were served upon all counsel of record through publication on the Court's Electronic Filing System.

                                         ___/s/  Robert I. Dodge_____